```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                  :

UNITED STATES OF AMERICA,          :

                 -v-                             :           1:24-cr-653-GHW

AMIT SHAH AND SELWYN RAMPHAL,   :           <u>ORDER</u>

                         Defendants.    :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendant, SELWYN RAMPHAL, by and through his attorney, VALERIE A. GOTLIB, joined by defendant AMIT SHAH, by and through his attorneys, ISABELLE A. KIRSHNER and CHARLES E. CLAYMAN, and with the consent of the United States of America, by and through JAY CLAYTON, United States Attorney for the Southern District of New York, PATRICK R. MORONEY and MATTHEW A. WEINBERG, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from July 30, 2025 to August 13, 2025 at 9:30 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendants and their counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through August 13, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 30.

SO ORDERED.

Dated: July 17, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge