

**MEMORANDUM ENDORSED**

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/8/2026___

January 2, 2026

**BY ECF**
Hon. Gregory H. Woods
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Amit Shah
24 Crim. 653 (GHW)

Dear Judge Woods:

We are the attorneys for Amit Shah, the above-named defendant. I am writing to request that the Court issue an order directing the return of Dr. Shah's passport from Pre-Trial Services.

Dr. Shah voluntarily surrendered to law enforcement on November 26, 2024 in connection with this matter and was released on bond that day. A condition of his release was the surrender of travel documents to Pre-Trial Services.

On December 2, 2025, your honor sentenced Dr. Shah to 2 years of supervision by the Department of Probation. He was contacted by Pre-Trial Services today, who asked that he obtain an order from the Court directing the return of his passport.

Therefore, we respectfully request that the Court direct Pre-Trial Services to return Dr. Shah's passport, thereby avoiding them forwarding it to the State Department.

Thank you for your attention to this matter.

Application granted. Pretrial Services may return Mr. Shah's passport to Ms. Kirshner or her designated representative. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 47. SO ORDERED.

Very truly yours,

/s/
ISABELLE A. KIRSHNER

Dated: January 8, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge